THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDMUND C. BUEHLER, Appellant.

Submitted May 23, 1955; decided May 24, 1955.

*Leo E. Sherman* for motion.

*Frank S. Hogan, District Attorney (Paul A. Stone* of counsel), opposed.

Motion denied, with leave to renew the application upon filing of proper affidavits.